UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NARINDER S. SAMRA,

        NO. CIV. S-08-2587 LKK/GGH

    Plaintiff,

  v.

KARNAIL S. JOHAL, NILAKUMARI JOHAL, DOES 1 through 20,

    Defendants.

_____/

        <u>RELATED CASE ORDER</u>

NARINDER S. SAMRA,
HARMINDER K. SAMRA,

    Plaintiffs,

  v.

KARNAIL S. JOHAL, NILAKUMARI JOHAL, GRIGORY YELKIN, TATYANA YELKIN, STEWART TITLE, DOES 1 through 20,

    Defendants.

_____/

////

////

1

1     Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 83-123, as they involve substantially the same questions of fact and law. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    The court hereby orders that:

1. The above-captioned cases are RELATED.
2. The action denominated CIV. NO. 2:08-cv-02589 WBS GGH is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED. Defendants in the reassigned case are DIRECTED to renotice the motions pending in that case to reflect a hearing date available before Judge Karlton.
3. Henceforth, the caption on documents filed in the cases shall be shown as CIV. NO. 2:08-cv-02587 LKK GGH and CIV. NO. 2:08-cv-02589 LKK GGH, respectively.
3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 2, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT