The Honorable Robert S. Lasnik

09-CV-00171-DECL

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NARINDER S. SAMRA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KARNAIL S. JOHAL and NILAKUMARI JOHAL; and DOES 1 THROUGH 20,<br><br>　　　　　　Defendants. | No. 2:09-cv-00171-RSL<br><br>STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL FOR NARINDER S. SAMRA<br><br>NOTE ON MOTION CALENDAR:<br>October 28, 2009 |

## I. STIPULATION

COME NOW the undersigned counsel of record, Cutler Nylander & Hayton PS and Robert G. Nylander, counsel for Karnail S. Johal and Nilakumari Johal, and Perez Law Offices, Anthony M. Perez, Jr., Lombino Martino PS, Joseph J. M. Lombino, Law Offices of Robert M. Zoffel, and Robert M. Zoffel, counsel for Narinder S. Samra, and hereby stipulate pursuant to GR 2(g) to the withdrawal of Perez Law Offices, Anthony M. Perez, Jr., Lombino Martino PS, and Joseph J. M. Lombino as counsel for Narinder S. Samra. This Stipulation is based upon the Declaration of Anthony M. Perez, Jr.

Stipulated to this 28th day of October, 2009.

No. 2:09-cv-00171-RSL

STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 1

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

| | |
|---|---|
| s/ Anthony M. Perez, Jr.<br>Anthony M. Perez, Jr.<br>SB No. 113041<br>*Counsel for Plaintiff Narinder S. Samra* | s/ Thomas W. Hayton<br>Thomas W. Hayton<br>WSBA No. 5657<br>*Counsel for Defendants Karnail S. Johal and Nilakumari Johal* |
| s/ Joseph J. M. Lombino<br>Joseph J. M. Lombino<br>WSBA No. 14745<br>*Local counsel for Plaintiff Narinder S. Samra* | s/ Robert M. Zoffel<br>Robert M. Zoffel<br>WSBA No. 21659<br>*Counsel for Plaintiff Narinder S. Samra* |

## II. ORDER

THIS MATTER having come on before the undersigned Judge of the above-entitled Court upon stipulation of the parties, the Court having reviewed the records and files herein and the stipulation of the parties and the Declaration of Anthony M. Perez, Jr., finding that notice of this stipulation and proposed order was provided to plaintiff Narinder S. Samra, and being otherwise fully advised in the premises, it is hereby,

ORDERED, ADJUDGED AND DECREED that the stipulation of the parties is hereby adopted; it is further

ORDERED, ADJUDGED AND DECREED that Perez Law Offices, Anthony M. Perez, Jr., Lombino Martino PS, and Joseph J. M. Lombino are granted leave to withdraw as counsel for Narinder S. Samra effective upon entry of this Order; it is further

ORDERED, ADJUDGED AND DECREED that, if oral argument will be permitted on Plaintiff's motion with docket number 43 in the above-captioned case, Anthony M. Perez, Jr. shall be permitted to present oral argument at any hearings thereon.

No. 2:09-cv-00171-RSL

STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 2

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579

DONE IN OPEN COURT THIS  29th  DAY OF  Oct. , 2009.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2009.

/s Anthony M. Perez, Jr.
Anthony M. Perez, Jr.
SB No. 113041
Perez Law Offices
Wells Fargo Center
400 Capitol Mall, Ste. 1100
Sacramento, CA 95814
E-mail: aperez@perezlawoffices.com
*Counsel for Plaintiff Narinder S. Samra*

s/ Thomas W. Hayton
Thomas W. Hayton
WSBA No. 5657
1191 Second Avenue, Suite 1650
Seattle, WA 98101
E-mail: tomhayton@cnhlaw.com
*Counsel for Defendants Karnail S. Johal and Nilakumari Johal*

s/ Joseph J. M. Lombino
Joseph J. M. Lombino
WSBA No. 14745
Lombino Martino PS
1119 Pacific Ave, Ste. 900
Tacoma, WA 98402-4323
E-mail: j.lombino@lombinomartino.com
*Local counsel for Plaintiff Narinder S. Samra*

s/ Robert M. Zoffel
Robert M. Zoffel
WSBA No. 21659
Law Offices of Robert M. Zoffel
2033 Sixth Avenue, Suite 903
Seattle, WA 98121
E-mail: Robert@ZoffelLaw.com
*Counsel for Plaintiff Narinder S. Samra*

No. 2:09-cv-00171-RSL
STIPULATION AND ORDER
FOR WITHDRAWAL OF COUNSEL - 3

ROBERT M. ZOFFEL, ESQ.
2033 SIXTH AVENUE, SUITE 903
SEATTLE, WASHINGTON 98121
(206) 267-0377/FAX (206) 448-6579